**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**

**Plaintiff,**

**v.**

**U.S. DEPARTMENT OF JUSTICE,**

**Defendant.**

**Civil Action No. 1:11-cv-00754 (GK)**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Citizens for Responsibility and Ethics in Washington and Defendant U.S. Department of Justice hereby stipulate to the dismissal of this action with prejudice. The stipulation shall have no effect on Plaintiff's ability to seek an award of attorneys' fees and other litigation costs.

Dated: December 17, 2013

Respectfully submitted,

***/s/ David L. Sobel***
DAVID L. SOBEL, D.C. Bar No. 360418
1818 N Street, N.W.
Suite 410
Washington, DC 20036
(202) 246-6180

ANNE L. WEISMANN, D.C. Bar No. 298190
MELANIE SLOAN, D.C. Bar No. 434584
Citizens for Responsibility and
Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

KATHLEEN R. HARTNETT
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO

Deputy Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

***/s/ Daniel Riess***
DANIEL RIESS
Trial Attorney
U.S. Department of Justice

(202) 408-5565

*Counsel for Plaintiff*

Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-3098
Fax: (202) 616-8460

*Counsel for Defendant*